UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SKYE ENERGY VENTURES LLC,

Plaintiff,

v. Case No.: 2:25-cv-274-SPC-KRH

RICHARD J. HOLLANDER and SOUTHERN LOGISTICS FINANCIAL, INC.,

Defendants.

---

**OPINION AND ORDER**

Before the Court are Defendants Richard J. Hollander and Southern Logistics Financial, Inc.'s Motion for Attorney's Fees (Doc. 47) and United States Magistrate Judge Kevin R. Huguelet's Report and Recommendation ("R&R") (Doc. 50). Judge Huguelet recommends granting in part and denying in part the motion. No party objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when

parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150–52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the R&R in full.

Accordingly, it is now

**ORDERED:**

1. Judge Huguelet's Report and Recommendation (Doc. 50) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.
2. Defendants' Motion for Attorney's Fees (Doc. 47) is **GRANTED in part and DENIED in part**.
3. The Court awards **$16,360** in attorney's fees payable to Defendants.

**DONE** and **ORDERED** in Fort Myers, Florida on August 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record